IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHEEM M. WILSON,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5404** |
| | : | |
| **D. RUSSELL,** | : | |
|     Defendant. | : | |

| | | |
|---|---|---|
| **RAHEEM M. WILSON,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5406** |
| | : | |
| **RANDOLPH HOPE,** | : | |
|     Defendant. | : | |

| | | |
|---|---|---|
| **RAHEEM M. WILSON,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5407** |
| | : | |
| **MARYANN WHITE,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 10th day of October, 2024, upon consideration of the Motions to Proceed *In Forma Pauperis* and Complaints filed in the above cases, and for the reasons stated in the Court's Memorandum, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** in the above cases.

2. The Complaints are **DEEMED** filed.

3. The Complaints are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

5. Given the pace of Wilson's filings, the Court will direct him to **SHOW CAUSE** by **Friday, October 11, 2024** by filing a "Response to Show Cause Order" not to exceed five pages stating why the Court should not enjoin him from filing any new civil rights actions against federal, state or local law enforcement officials on an *in forma pauperis* basis for a period of one year, after which he may move the Court to lift the injunction if he can show that he has not engaged in abusive filing activity in this or any other court of law.

6. Should Wilson fail to file a Response as directed by Paragraph 5 of this Order, the Court will issue an injunction against Wilson without any further notice.

                                            **BY THE COURT:**

                                            s/ Michael M. Baylson
                                            **MICHAEL M. BAYLSON, J.**